UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS

VERSUS

SOCIAL SECURITY ADMINISTRATION
COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

25-471-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated September 29, 2025, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that this case shall be DISMISSED WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana, on this 6 day of November, 2025.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 11.